Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Aviva Betech

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA BETECH, on behalf of herself and similarly situated class members,<br><br>Plaintiff,<br><br>v.<br><br>THE JUDGE LAW FIRM, ALC,<br><br>Defendant. | **Case No.: 3:18-cv-00729-L-MDD**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. M. JAMES LORENZ** |

Plaintiff AVIVA BETECH, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear her/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to the interpretation and enforcement of the terms of the settlement agreement.

Respectfully submitted,

Dated: June 24, 2019                          **HYDE & SWIGART, APC**

                                              By: s/Yana A. Hart
                                              Yana A. Hart
                                              *Attorneys for Plaintiff*

Dated: June 24, 2019                          **THE JUDGE LAW FIRM**

                                              By: s/David Mangikyan
                                              David Mangikyan
                                              *Attorneys for Defendant*

### Signature & Service Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David Mangikyan, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document. I further certify that this document will be served on all parties via CM/ECF system.

Dated: June 24, 2019                          **HYDE & SWIGART, APC**

                                              By: s/Yana A. Hart
                                              Yana A. Hart
                                              *Attorneys for Plaintiff*